UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **DONALD SWANSON** | : | Civil Action No. 06-2210(FSH) |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | **ORDER ON INFORMAL** |
| **FERRO CORPORATION** | : | **APPLICATION** |
| | : | |
| Defendant | : | |

This matter having come before the Court by way of submissions dated February 18, 2008 and February 20, 2008, regarding the parties' request to extend the deadlines associated with the Final Pretrial Order because of counsel's trial schedule;

and counsel proposing that the conference be convened in June or July;

and the Court determining that such an extension is not supported by the trial schedule described in the letters and will unduly delay the proceedings;

and the Court noting that defense counsel represents that he expect to conclude his trial by March 14, 2008 and plaintiff's counsel does not commence his next trial until April 14, 2008;

and the Court further noting that defense counsel has indicated that he is unavailable from April 9, 2008 through April 14, 2008

and the Undersigned therefore determining that there is time during April to convene the conference;

and the Court finding that good cause exists to extend the current deadlines but that a shorter extension than proposed is warranted;

IT IS THEREFORE ON THIS 20th day of February, 2008

ORDERED that the request to adjourn the Final Pretrial Conference scheduled for March

5, 2008 is granted;

      IT IS FURTHER ORDERED that the Final Pretrial Conference shall take place on **April 7, 2008 at 1:00 p.m.**  The joint proposed final pretrial order shall be submitted to the CHAMBERS of the Undersigned no later than **April 2, 2008.**   The parties may agree upon deadlines associated with the exchange of exhibits that differ from that in the Pretrial Scheduling Order so long as the agreed-upon dates for production do not interfere with the timely submission of the joint proposed Final Pretrial Order.


                                            s/Patty Shwartz  
                                            UNITED STATES MAGISTRATE JUDGE